File Hashes for IP Address 207.181.209.250

**ISP:** RCN Corporation
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/30/2013 18:03:32 | CAB18CC74E6D85F49900C1F071CF73A0568EA174 | Featherlight |
| 12/17/2012 13:55:42 | 74475594712AC0EAE673F1892E7F58B1EA9A7803 | Lipstick Lesbians |
| 12/14/2012 04:43:34 | CAF7E0C09D14A23910147818F19E1039A579692A | Then They Were Three |
| 12/12/2012 08:29:24 | 544EDC12170CE5BA61AE658FF49F00ACD0EFE628 | Miss Me Not |
| 12/07/2012 19:30:44 | B3B011B61E12EF42283C6D1D24300003A7A42758 | Unforgettable View #1 |
| 09/18/2012 10:58:32 | DA929D57949429DD83E20F58AEB603EDCBB6E5D9 | Sunday Afternoon |
| 09/18/2012 06:28:58 | CF0678A44D2873EEBFC99616D80A2B2902CDEF9E | Wet Dream |
| 09/17/2012 23:45:35 | 902E9D75136D83CA637A903664FF3052FFCF348D | Sneak N Peek |
| 09/10/2012 16:49:30 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 08/20/2012 21:08:55 | B99C50D1E0CFDB65211D407502CE7ABF4C984568 | This Side of Paradise |
| 06/30/2012 17:19:23 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 06/30/2012 16:03:09 | 85C061224E1FB1EE1D088D1B4AFAC83C7115D91A | Angel Seaside Romp |
| 06/15/2012 15:06:02 | B17E6CBB71FF9E931ED034CFC5EC7A3B8F29BB1E | Pretty Back Door Baby |
| 05/23/2012 16:15:02 | AEEBAFBA15FCE2B60D103628E4EF2FFC0E66BF15 | LA Love |
| 05/13/2012 03:26:31 | 77A45D676CEF28F3EA2E9ACB4C602CADC6BBAA69 | Introducing Diana |
| 04/03/2012 20:34:13 | E3D38CC7D2559B8AF854863273AEE7CEF02CFD2D | Introducing Kaylee |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

NIL77