UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 1:13-cv-03644 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 207.181.209.250, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO
IDENTIFY DEFENDANT BY NAME**

Plaintiff, Malibu Media, LLC, moves for entry of an order allowing Plaintiff to identify Defendant by name in its Amended Complaint, and states:

1. This is a copyright infringement case originally against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On June 3, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Communications Management LLC, to obtain the Defendant's identifying information [CM/ECF 8]. Plaintiff issued the subpoena on August 1, 2013, and received the ISP's response on September 10, 2013.

3. Plaintiff now needs to obtain a summons, serve Defendant and proceed with the case.

WHEREFORE, Plaintiff respectfully requests that the Court allow Plaintiff to identify the Defendant by name so that it may proceed with the case. A proposed order is attached for the Court's convenience.

Dated: October 4, 2013

Respectfully submitted,

SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Mary K. Schulz*